IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                                )<br>                        Plaintiff,            )<br>                                                                )<br>           vs.                                              )<br>                                                                )<br>SCOTT JOSEPH NIELSEN,              )<br>                                                                )<br>                        Defendant.        )<br>                                                                ) | Case No: **8:21-cr-00162**<br><br>**ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Defendant's Exhibit #108          Motion Hearing          11/09/2021

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk=s office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 17th day of December, 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr., Chief
United States District Judge